IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **INSTINCTIVE MARKETING SOLUTIONS,** ) <br> an Illinois Corporation ) <br> ) <br> **Plaintiff** ) <br> ) <br> ) <br> **v.** ) <br> ) <br> **REPROGRAPHICS NORTHWEST, LLC,** ) <br> a California Limited Liability Company ) <br> ) <br> **Defendant** ) | No. | FILED: JUNE 13, 2008 <br> 08CV3419 <br> JUDGE CASTILLO <br> MAGISTRATE JUDGE KEYS <br> <br> TC |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§1441 and 1446, defendant Reprographics Northwest, LLC ("Reprographics") requests that case number 08 L 004836, pending in the Circuit Court of Cook County, Illinois, County Department, Law Division, be removed to the United States District Court for the Northern District of Illinois. In support, Reprographics states:

1. On May 2, 2008, Instinctive Marketing Solutions ("Instinctive") filed a complaint against Reprogrpahics in the Circuit Court of Cook County, Illinois, County Department, Law Division for breach of contract. *See* complaint and summons, attached as Exhibit A. Instinctive is claiming $131,275.57 in damages. *Id.*

2. On May 19, 2008, Reprographics was served with the summons and complaint. *See* Exhibit B, receipt of service of summons.

3. No further proceedings in this matter have taken place in the Circuit Court of Cook County.

4. Instinctive is an Illinois corporation and its principal place of business is located in Illinois. Reprographics is a California limited liability company and its principal place of business is located in California. Reprographic's sole member is a California corporation and its principal place of business is in California.

5. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. §1332(a)(1), as the parties to this lawsuit are diverse and the claim brought by Instinctive exceeds $75,000.00.

5. Copies of this Notice of Removal are being served on Instinctive and filed with the Circuit Court of Cook County.

WHEREFORE, Reprographics Northwest, LLC requests that the Court order that this matter to be removed from the Circuit Court of Cook County, Illinois, County Department, Law Division, to the United States District Court for the Northern District of Illinois.

**REPROGRAPHICS NORTHWEST, LLC**

By: /s Cassandra M. Crane
One of Its Attorneys

Anthony C. Valiulis
Cassandra M. Crane
**Much Shelist Denenberg
 Ament & Rubenstein, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606-1615
(312) 521-2000
Atty. Id. No. 80580

# EXHIBIT A

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISON

| | | |
|---|---|---|
| INSTINCTIVE MARKETING SOLUTIONS, an Illinois Corporation, | ) ) ) ) | No. |
| Plaintiff, | ) ) | |
| v. | ) ) | 2008L004836 CALENDAR/ROOM V TIME 00:00 Breach of Contract |
| REPROGRAPHICS NORTHWEST, LLC., a California Limited Liability Company, | ) ) ) ) ) | |
| Defendant. | ) | |

## COMPLAINT AT LAW

Now Comes Plaintiff, INSTINCTIVE MARKETING SOLUTIONS, an Illinois Corporation ("Plaintiff"), by its attorneys, THE CHAET KAPLAN BAIM FIRM, and complains of the Defendant, REPROGRAPHICS NORTHWEST, LLC., a California Limited Liability Company ("Defendant"), as follows:

1. Plaintiff is in the business of commercial printing.

2. Defendant ordered the printing described on the invoice attached hereto as Exhibit "A".

3. Thereafter, Defendant authorized their affiliate company, American Reprographics, LLC., a California Limited Liability Company d/b/a THE IDM Group/Mossner IDM ("Mossner IDM") to act as their agent regarding all transactions with themselves and the Plaintiff.

4. At all times material, Peter Perales was agent and servant of Mossner IDM and transacted business within the course and scope of his agency and servitude.

5. The transaction, which gave rise to the causes of action complained of herein, arose in the State of Illinois, County of Cook. Venue is proper in the State of Illinois, County of Cook.

6. The transactions and instructions between the Plaintiff and Defendant's Agent, Pete Perales, took place at Mossner IDM office located at 200 North Michigan Avenue, Chicago, Illinois 60601.

7. Under the terms of the agreement, Defendant agreed to pay Plaintiff $128,099.02 for the printing in Illinois.

8. Plaintiff delivered the printing to Defendant.

9. Defendant accepted the printing.

10. Defendant is responsible for payment of all invoices.

11. Defendant has breached the contract by failing to pay for the printing in the amount of $128,099.02.

12. Plaintiff has made demand upon Defendant for the payment of $128,099.02, and Defendant has refused and continues to refuse to make payment.

13. Beginning December 3, 2007, pursuant to 815 ILCS 205/2, Plaintiff claims pre-judgment interest at the statutory rate of 5%, in the amount of $3,176.55 through June 1, 2008, and $17.55 per day thereafter until judgment is entered for Defendant's unreasonable and vexatious delay in making payment.

WHEREFORE, Plaintiff, INSTINCTIVE MARKETING SOLUTIONS, an Illinois Corporation, respectfully requests entry of a judgment against Defendant, REPROGRAPHICS NORTHWEST, LLC., a California Limited Liability Company, in the amount of $128,099.02,

plus interest in the amount of $3,176.55 through June 1, 2008, and $17.55 per day thereafter, for a total judgment in the amount of $131,275.57, plus additional interest and costs.

          Respectfully submitted,

          INSTINCTIVE MARKETING SOLUTIONS, an Illinois Corporation,
          Plaintiff herein,

          Michael S. Baim
          Attorney for Plaintiff

THE CHAET KAPLAN BAIM FIRM
Attorneys for Plaintiff
30 North LaSalle St., Suite 1520
Chicago, Illinois 60602
(312) 704-8510
Firm No: 37942

## AFFIDAVIT OF CLAIM PURSUANT TO 735 ILCS 5/1-109

**The undersigned**, under penalties as provided for by law pursuant to 735 ILCS 5/1-109, certifies the statements set for the herein to be true and correct:

1. I am an individual doing business as Instinctive Marketing Solutions, of

    Carol Stream, IL;
    (City and State Address)

2. I am the owner of Instinctive Marketing Solutions, a corporation incorporated under the laws of the State of IL and that there is an account in favor of Instinctive Marketing Solutions and against Repro Graphics, in the amount of one hundred twenty eight thousand ninety nine dollars and two cents ($128,099.02) plus interest and attorney's fees in accordance with Illinois Statute and/or contract, if applicable; that no part claimed within this affidavit has been paid or satisfied, and that there are no offsets or counterclaims, to my knowledge or belief.

Pursuant to Supreme Court Rule 222:

THIS CLAIM [DOES_X_] [DOES NOT____] EXCEED $50,000.00.

THE CHAET KAPLAN BAIM FIRM
Attorneys for Plaintiff
30 North LaSalle Street, Suite 1520
Chicago, Illinois 60602
(312) 704-8510

_____
(Signature of Officer, Partner or Individual)

DATED: April 16, 2008.

SUBSCRIBED AND SWORN TO
BEFORE ME this _16_ day of

_April_____, 200_8_.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
Tina A. Murphy
Notary Public, State of Illinois
My Commission Exp. 08/26/2009

FROM : rican Sheetfed          FAX NO. : 6305109455          Jan. 29 2008 01:07PM  P3

# Invoice



**instinctive** Marketing Solutions, Ltd
529 North First Street
Geneva, IL 60134

| Date | Invoice # |
|---|---|
| 12/3/2007 | 2969 |

**Bill To**
Repro NW
1850 130th Ave
NE Bellevue, WA 98005

| Description | Amount |
|---|---|
| Panera Pastry Tags 4296 @ 8.60/sheet | 36,945.60 |
| Franchise Pastry Tags 1690 @ 8.60/sheet | 14,534.00 |
| | |
| Finish sheet size to be 11 x 17 - 15 UP | |
| 3/0 black plate change | |
| 2.64x2.59 die cut size -- must be hold with 2 or 4 nicks on 11x17 quadrants | |
| 15 pt. styrene | |
| Film laminated | |
| | |
| OVERTIME | 9,144.00 |
| MESSENGER FEES | 299.90 |
| FREIGHT | 67,175.52 |

**Total** $128,099.02

PLAINTIFF'S EXHIBIT
A

08-558

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| INSTINCTIVE MARKETING, SOLUTIONS, an Illinois Corporation, | ) ) ) ) | No. 2008L004836 CALENDAR/ROOM V TIME 00:00 Breach of Contract |
| Plaintiff, | ) ) | |
| v. | ) ) | **PLEASE SERVE:** CT CORPORATION SYSTEM, REGISTERED AGENT OF |
| REPROGRAPHICS NORTHWEST, LLC., a California Limited Liability Company, | ) ) ) | REPROGRAPHICS NORTHWEST, LLC. 1801 West Bay Drive NW, Ste. 206 Olympia, WA 98502 |
| Defendant(s). | ) ) ) | |

## SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the office of the Clerk of this Court in Room 801, Richard J. Daley Center, Chicago, Illinois 60602 within 30 days after service of this summons, not counting the date of service.

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF IN THE COMPLAINT, A COPY WHICH IS HERETO ATTACHED.**

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

WITNESS, _____MAY 0 2 2008_____, 2008

_____
Clerk of the Court

THE CHAET KAPLAN BAIM FIRM
Attorneys for Plaintiff
30 North LaSalle St., Suite 1520
Chicago, IL 60602
(312) 704-8510
Firm No. 37942

Date of Service: _____, 2008
(To be inserted by officer on copy left with defendant
or other person)

**EXHIBIT B**

**CT CORPORATION**
A WoltersKluwer Company

**Service of Process Transmittal**
05/19/2008
CT Log Number 513441531

| | |
|---|---|
| **TO:** | David Wallace, General Counsel<br>American Reprographics Company<br>1981 N. Broadway, Suite 385<br>Walnut Creek, CA 94596 |
| **RE:** | **Process Served in Washington** |
| **FOR:** | Reprographics Northwest, LLC (Domestic State: CA) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Instinctive Marketing Solutions, etc., Pltf. vs. Reprographics Northwest, LLC, etc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Affidavit, Attachment |
| **COURT/AGENCY:** | Cook County, Circuit Court of Illinois, IL<br>Case # 2008BL004836 |
| **NATURE OF ACTION:** | Monies Due and Owing - Services Rendered - Amount $128,099.02 for printing |
| **ON WHOM PROCESS WAS SERVED:** | CT Corporation System, Olympia, WA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/19/2008 at 14:15 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service |
| **ATTORNEY(S) / SENDER(S):** | Michael S. Baim<br>The Chaet Kaplan Baim Firm<br>30 North LaSalle St., Suite 1520<br>Chicago, IL 60602<br>213-704-8510 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 791069874662<br>Email Notification, Fred B Weil FWEIL@HANSONBRIDGETT.COM<br>Email Notification, Mark Legg mlegg@e-arc.com |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:** | CT Corporation System<br>Michele Rowe<br>1801 West Bay Drive NW<br>Suite 206<br>Olympia, WA 98502 |
| **TELEPHONE:** | 360-357-6794 |

Page 1 of 1 / MT

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.