# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| INSTINCTIVE MARKETING SOLUTIONS | FILED: JUNE 13, 2008 |
| v. | 08CV3419 |
| REPROGRAPHICS NORTHWEST, LLC | JUDGE CASTILLO |
| | MAGISTRATE JUDGE KEYS |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, REPROGRAPHICS NORTHWEST, LLC       TC

| |
|---|
| NAME (Type or print) <br> Anthony C. Valiulis |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Anthony C. Valiulis |
| FIRM <br> Much Shelist Denenberg Ament & Rubenstein, P.C. |
| STREET ADDRESS <br> 191 N. Wacker Dr., Suite 1800 |
| CITY/STATE/ZIP <br> Chicago, IL  60606-1615 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 2883007 | TELEPHONE NUMBER <br> (312) 521-2000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐