IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **INSTINCTIVE MARKETING SOLUTIONS,** an Illinois Corporation | ) ) ) | |
| **Plaintiff** | ) ) | No.  1:08-cv-3419 |
| | ) ) | **Judge Castillo** |
| **v.** | ) ) | |
| **REPROGRAPHICS NORTHWEST, LLC,** a California Limited Liability Company | ) ) ) ) | |
| **Defendant** | ) | |

## UNOPPOSED MOTION TO EXTEND TIME

Defendant Reprographics Northwest, LLC ("Reprographics"), by its attorneys, requests a two-week extension to July 2, 2008 to answer or otherwise respond to the complaint.  In support of its motion, Reprographics state as follows:

1. This action was removed to federal court on June 13, 2008.

2. Reprographics' answer or other responsive pleading is currently due on June 18, 2008.

3. Due to prior work commitments and other obligations, Reprographics' counsel requires a short extension of time, to July 2, 2008, to file their answer or otherwise plead.

4. On June 16, 2008, Reprographics' counsel telephoned plaintiff's counsel requesting additional time to answer or otherwise plead.  Plaintiff's counsel is not opposed to the additional time.

WHEREFORE, Reprographics request that this Court grant them until July 2, 2008 to answer or otherwise plead.

          Respectfully submitted,

          **REPROGRAPHICS NORTHWEST, LLC**

          **By:**   /s/ Cassandra M. Crane
                **One of its Attorneys**

Anthony C. Valiulis  (#2883007)
Cassandra M. Crane  (#6288406)
**Much Shelist Denenberg**
 **Ament & Rubenstein, P.C.**
191 North Wacker Drive
Suite 1800
Chicago, Illinois  60606
(312) 521-2000

2