IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **INSTINCTIVE MARKETING SOLUTIONS,** an Illinois Corporation | ) ) ) | |
| **Plaintiff** | ) ) ) | No. 1:08-cv-3419 |
| | ) | Judge Castillo |
| **v.** | ) ) | |
| **REPROGRAPHICS NORTHWEST, LLC,** a California Limited Liability Company | ) ) ) ) | |
| **Defendant** | ) | |

**NOTICE OF MOTION**

To:   Michael S. Baim
      THE CHAET KAPLAM BAIM FIRM
      30 N. LaSalle St., Suite 1520
      Chicago, IL  60602

**PLEASE TAKE NOTICE** that on, Tuesday, June 24, 2008 at 9:45 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Ruben Castillo or any judge sitting in his stead, in courtroom 2141 in the United States District Court, 219 S. Dearborn St., Chicago, Illinois, and then and there present **Unopposed Motion to Extend Time**, a copy of which is attached hereto and hereby served upon you.

                                        **REPROGRAPHICS NORTHWEST, LLC**


                                        **By:**   /s/ Cassandra M. Crane
                                                  **One of its Attorneys**


Anthony C. Valiulis  (#2883007)
Cassandra M. Crane  (#6288406)
**Much Shelist Denenberg**
 **Ament & Rubenstein, P.C.**
191 North Wacker Drive
Suite 1800
Chicago, Illinois  60606
(312) 521-2000

## CERTIFICATE OF SERVICE

I, Cassandra M. Crane, an attorney, certify that on June 16, 2008, I electronically filed **Unopposed Motion to Extend Time** with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to the following:

>Michael S. Baim
>THE CHAET KAPLAM BAIM FIRM
>30 N. LaSalle St., Suite 1520
>Chicago, IL  60602

/s/ Cassandra M. Crane