**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Instinctive Marketing Solutions
                                    Plaintiff,

v.                                                      Case No.: 1:08−cv−03419
                                                        Honorable Ruben Castillo

Reprographics Northwest, LLC
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 18, 2008:

  MINUTE entry before the Honorable Ruben Castillo:After a careful review of this recently removed state court complaint, said complaint is dismissed without prejudice to the filing of a timely motion to remand or the filing of a proper amended federal complaint. The parties are requested to exhaust all settlement possibilities prior to filing any further pleadings. Defendant's unopposed motion for extension of time to answer [6] is granted. Defendant will be given 21 days to answer or otherwise plead to any federal amended complaint that is filed. Motion hearing set for 6/24/2008 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.